No. 120. GALVESTON DRY DOCK & CONSTRUCTION CO. *v.* U. S. SHIPPING BOARD MERCHANT FLEET CORP'N. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Brantly Harris* and *John David Watkins* for petitioner.

*Solicitor General Hughes, Assistant Attorney General Farnum,* and *Mr. J. Frank Staley* for respondent. ■

